Errata

*Xerox Corp. v. United States*, Court No. 05-00474, Slip Op. 15-132, dated November 23, 2015:

Page 19, line 1, change "HQ 96501" to "HQ 965051".